IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GUICHARD,<br><br>Plaintiff,<br><br>v.<br><br>MANDALAY PICTURES, LLC, d/b/a MANDALAY ENTERTAINMENT, METRO-GOLDWYN-MAYER STUDIOS, INC., et al.,<br><br>Defendants. | No. C 04-4363 JSW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION PENDING APPEAL** |

Now before the Court is the *ex parte* motion by Plaintiff Robert Guichard for a preliminary injunction pending appeal of this Court's March 22, 2005 order denying Plaintiff's motions for a preliminary injunction. The present motion functions as a motion for reconsideration of the Court's earlier ruling, denying the preliminary injunction under both the Lanham Act and Business and Professions Code section 17200 *et seq.* on the grounds that Plaintiff had shown neither likelihood of success on the merits of his claims nor irreparable harm. Plaintiff is correct in his contention that the standard for a motion for injunction pending appeal is essentially identical to the standard governing the issuance of a preliminary injunction.

(*See* Motion at 2, citing *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Los Angeles Memorial Coliseum Comm'n v. National Football League*, 634 F.2d 1197, 1200 (9th Cir. 1980).)  The criteria for a preliminary injunction pending appeal are: (1) a strong likelihood of success on the merits; (2) the possibility of irreparable injury to the plaintiff if the preliminary relief is not granted; (3) the balance of hardships tips in favor of the plaintiff; and (4) the advancement of the public interest.  *Id.*

On March 22, 2005, the Court determined that Plaintiff was not able to demonstrate likelihood of success on the merits of his claims or that he will be irreparably harmed, and therefore denied his motion for a preliminary injunction.  Similarly, nothing in the current motion before the Court indicates that Plaintiff has met the burden for a preliminary injunction.  Therefore, Plaintiff's motion for a preliminary injunction pending appeal is HEREBY DENIED.

**IT IS SO ORDERED.**

Dated:  April 28, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE