Henry J. Tashman (CA State Bar No. 108696)
Catherine E. Maxson (CA State Bar No. 187509)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: *henrytashman@dwt.com*
      *catherinemaxson@dwt.com*

Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: *thomasburke@dwt.com*

Attorneys for Defendants
Motion Picture Association of America, Inc.
erroneously named as MPAA; Sony Pictures Entertainment Inc.;
Warner Bros. Entertainment, Inc.; Walt Disney Pictures and
Television erroneously named as Buena Vista Pictures Distribution;
Paramount Pictures Corporation; Twentieth Century Fox Film
Corporation; Universal City Studios LLLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT GUICHARD, | Case No. C-04-4363 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MOVING NOTING DATE** |
| v. | |
| MANDALAY PICTURES, LLC d/b/a MANDALAY ENTERTAINMENT, METRO-GOLDWYN-MAYER STUDIOS, INC., et al., | Trial Date: None Yet Set |
| Defendants. | |

    Plaintiff Robert Guichard, and defendants Motion Picture Association of America, Inc. erroneously named as MPAA; Sony Pictures Entertainment Inc.; Warner Bros. Entertainment,

---

Case No. C04-4363 JSW
STIPULATION AND [PROPOSED] ORDER MOVING NOTING DATE

Inc.; Walt Disney Pictures and Television erroneously named as Buena Vista Pictures Distribution; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios LLLP (collectively, "Defendants"), through their counsel, and subject to the approval of the Court, hereby stipulate that the noting date for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be moved from July 8, 2005 to July 29, 2005. Plaintiff's opposition to the motion must be served and filed not less than twenty-eight days before July 29, and Defendants' reply brief must be served and filed not less than fourteen days before July 29. The change in the noting date is necessary in order to accommodate plaintiff's pre-existing commitment to be out of state on July 8, 2005.

So Stipulated.

Dated this 6th day of May, 2005

*[signature]*
ROBERT GUICHARD
Plaintiff *Pro Se*

DAVIS WRIGHT TREMAINE LLP

By: *[signature]*
CATHERINE E. MAXSON

Attorneys for Defendants Motion Picture Association of America, Inc. erroneously named as MPAA; Sony Pictures Entertainment Inc.; Warner Bros. Entertainment, Inc.; Walt Disney Pictures and Television erroneously named as Buena Vista Pictures Distribution; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios LLLP

SO ORDERED.

DATED May 6, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court