LOEB & LOEB LLP
DAVID GROSSMAN (State Bar No. 211326)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone: 310-282-2000
Facsimile: 310-282-2200

LOEB & LOEB LLP
JACQUES RIMOKH (admitted *Pro Hac Vice*)
345 Park Avenue
New York, New York 10154-0037
Telephone: 212-407-4000
Facsimile: 212-407-4990
jrimokh@loeb.com

Attorneys for Defendants
Mandalay Pictures, LLC d/b/a/ Mandalay Entertainment; Metro-Goldwyn-Mayer Studios Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT GUICHARD,<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY PICTURES, LLC d/b/a MANDALAY ENTERTAINMENT; METRO-GOLDWYN-MAYER STUDIOS, INC; and DOES 1-1,000,<br><br>Defendants. | Case No. C 04-4363 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRE-TRIAL AND TRIAL DEADLINES; DECLARATION OF DAVID GROSSMAN<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to N.D. Local Rules 6-2 and 7-12, Defendants Mandalay Pictures, LLC d/b/a Mandalay Entertainment ("Mandalay") and Metro-Goldwyn-Mayer Studios Inc. ("MGM) and Plaintiff Robert Guichard hereby submit the following stipulation:

Loeb & Loeb
limited Liability Partnership
Including Professional
Corporations

Lit_CC420203.2

STIPULATION CONTINUING PRE-TRIAL DEADLINES- C 04-4363 JSW

1   WHEREAS, on February 11, 2005 the Court held a hearing on Plaintiff
2   Guichard's Motions for Preliminary Injunction and also held a Scheduling
3   Conference in this matter; and
4   WHEREAS, on March 22, 2005, plaintiff Robert Guichard's Motions for
5   Preliminary Injunction were denied by District Court Judge Jeffrey S. White; and
6   WHEREAS, on March 30, 2005, plaintiff Guichard filed a notice of appeal of
7   the denial of his Motions for Preliminary Injunction ("the Appeal"); and
8   WHEREAS, over the course of the last two months, the parties have been
9   involved in considerable motion practice in this Court and before the Ninth Circuit
10  Court of Appeals; and
11  WHEREAS, plaintiff Guichard's Appeal will likely not be resolved until late
12  June to early July; and
13  WHEREAS, the Court previously scheduled a Supplemental Joint Statement
14  to be Filed on May 27, 2005 and scheduled a Further Case Management Conference
15  for June 3, 2005 at 1:30 p.m.; and
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

Lit_CC420203.2

STIPULATION CONTINUING PRE-
TRIAL DEADLINES- C 04-4363 JSW

2

WHEREAS, the Court previously scheduled additional trial and pre-trial dates and deadlines which the parties to this stipulation have agreed to continue; and therefore, the parties hereby stipulate and agree to the following:

1. The following pre-trial deadlines are hereby continued as stated below:

| EVENT | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Supplemental Joint Statement to be Filed | May 27, 2005 | July 26, 2005 |
| Last day to amend complaint & join additional parties | June 1, 2005 | September 15, 2005 |
| Further Case Management Conference | June 3, 2005 (1:30 p.m.) | July 29, 2005 (9:00 a.m.) This date is selected, instead of the Court's normal day for conferences, because all the parties will already be before the Court for argument on the MPAA Defendants' pending motion to dismiss. |
| Close of Fact Discovery (liability) | June 15, 2005 | October 3, 2005 |
| Expert disclosures and exchange of reports (liability) | July 1, 2005 | October 19, 2005 |
| Last day to exchange rebuttal expert reports (liability) | August 1, 2005 | November 22, 2005 |
| Close of expert discovery | September 5, 2005 | December 15, 2005 |
| Last day to file dispositive motions (liability) | October 7, 2005 | January 16, 2006 |
| Last day to hear dispositive motions (liability) | November 4, 2005 (9:00 a.m.) | February 17, 2006 (9:00 a.m.) |
| Pre-trial Conference | April 24, 2006 | July 24, 2006 |

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

Lit_CC420203.2

STIPULATION CONTINUING PRE-TRIAL DEADLINES- C 04-4363 JSW

3

|   |       |            |                |
|---|-------|------------|----------------|
| 1 |       | (9:00 a.m.) | (9:00 a.m.)   |
| 2 | Trial | May 15, 2006 | August 21, 2006 |
| 3 |       | (8:30 a.m.) | (8:30 a.m.)   |

Dated: May 27, 2005         By: _____
                                Robert Guichard
                                Plaintiff

Dated: May 27, 2005         LOEB & LOEB LLP

                            By: _____
                                David Grossman
                                Attorneys for Defendants Mandalay
                                Pictures, LLC d/b/a/ Mandalay
                                Entertainment; Metro-Goldwyn-Mayer
                                Studios Inc.

## ORDER

IT IS SO ORDERED.

Dated: May 31, 2005         /s/ Jeffrey S. White
                            _____
                            HON. JEFFREY S. WHITE
                            UNITED STATES DISTRICT COURT JUDGE

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

Lit_CC420203.2

STIPULATION CONTINUING PRE-
TRIAL DEADLINES- C 04-4363 JSW

4