# Robert Guichard
1578 – 35th Avenue
San Francisco, California 94122
(415) 661-2310 – Fax: (415) 520-5855
Email: robertguichard@earthlink.net

August 26, 2005



VIA OVERNIGHT EXPRESS

Hon. Bernard Zimmerman
U.S. Magistrate Judge
United States District Court
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:  Guichard v. Mandalay
         C 04-4363 JSW
         Settlement Conference: September 23, 2005

Dear Judge Zimmerman:

    I am the plaintiff pro se in this action. I am writing you regarding a significant development that has occurred since this matter was set for settlement conference.

    On August 22, 2005, Judge White issued an Order dismissing all claims against the Motion Picture Association of America ("MPAA") defendants and four claims against Mandalay and MGM.

    I am now in the process of preparing an appeal of this Order. I strongly believe that the court's ruling is seriously flawed and that it will be reversed and remanded by the Ninth Circuit.

Magistrate Judge Bernard Zimmerman
August 26, 2005
Page 2


It was my intention to participate in good faith at the settlement conference and seek a global settlement with all the defendants (including the MPAA defendants). Unfortunately, Judge White's most recent Order makes an equitable resolution of this matter impossible at this time.

In light of the foregoing, I respectfully request that the settlement conference scheduled for September 23, 2005 be adjourned pending final resolution of my appeal of the Judge White's August 22, 2005 Order.

Thank you for your time and consideration.

Sincerely,

Robert Guichard


Copies Via Email: Jacques Rimokh Esq.
                  Henry Tashman Esq.

**DENIED**

Bernard Zimmerman
United States Magistrate Judge

Date