# LOEB&LOEB LLP

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

10100 SANTA MONICA BOULEVARD
SUITE 2200
LOS ANGELES, CA 90067-4164

TELEPHONE: 310.282.2000
FACSIMILE: 310.282.2200
www.loeb.com



Direct Dial: 212-407-4164
Direct Fax: 212-407-4990
e-mail: jrimokh@loeb.com

September 12, 2005

Hon. Bernard Zimmerman
U.S. Magistrate Judge
United States District Court
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**VIA OVERNIGHT MAIL**

Re:   Robert Guichard v. Mandalay and MGM, C 04-4363 (JSW)

Dear Judge Zimmerman:

We represent defendants Mandalay Pictures LLC ("Mandalay") and Metro-Goldwyn-Mayer Studios, Inc. ("MGM") in this action. We understand that Your Honor has denied plaintiff Robert Guichard's request to adjourn, pending resolution of his planned appeal, the settlement conference currently scheduled for September 23, 2005.

We write to inform the Court that, due to scheduling conflicts, we respectfully request that the conference be adjourned from Friday, September 23 to either Friday, September 30 or Thursday, October 13. We have previously notified Mr. Guichard of our desire to request a change of date for the conference, and he indicated that he would agree to whatever adjourned date worked for defendants.

We would appreciate the Court's direction on this matter at Your Honor's earliest possible convenience, since counsel and the parties will need to make appropriate travel plans.

Respectfully,

Jacques M. Rimokh
Loeb & Loeb LLP

FAXED
9/13/05

**DENIED**

Bernard Zimmerman
United States Magistrate Judge

13 Sept 05
Date

:kp
20282210028
NY437913.1

LOS ANGELES
NEW YORK
CHICAGO
NASHVILLE

cc:   Mr. Robert Guichard (via email and overnight delivery)
        Henry J. Tashman, Esq. (via email)