IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GUICHARD,

    Plaintiff,

v.

MANDALAY PICTURES, LLC, d/b/a MANDALAY ENTERTAINMENT, METRO-GOLDWYN-MAYER STUDIOS, INC., et al.,

    Defendants.
                                             /

No. C 04-4363 JSW

**ORDER**

On September 23, 2005, this matter was settled before Magistrate Judge Bernard Zimmerman. The parties are hereby ordered to file a stipulation and proposed order of dismissal by no later than November 18, 2005 or this Court will *sua sponte* dismiss the matter.

**IT IS SO ORDERED.**

Dated: October 12, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE