LOEB & LOEB LLP
JACQUES RIMOKH (admitted *Pro Hac Vice*)
345 Park Avenue
New York, New York 10154-0037
Telephone: 212-407-4000
Facsimile: 212-407-4990
jrimokh@loeb.com

Attorneys for Defendants
Mandalay Pictures, LLC d/b/a/ Mandalay Entertainment; Metro-Goldwyn-Mayer Studios Inc.

DAVIS WRIGHT TREMAINE LLP
HENRY J. TASHMAN (State Bar No. 108696)
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: 213-633-6800
Facsimile: 213-633-6899
henrytashman@dwt.com

Attorneys for Defendants Motion Picture Association of America, Sony Pictures Entertainment Inc., Warner Bros. Entertainment, Inc., Walt Disney Pictures and Television erroneously named as Buena Vista Pictures Distribution, Paramount Pictures Corporation, Twentieth Century Fox Film Corporation and Universal City Studios, LLLP

ROBERT GUICHARD
1578 35th Ave.
San Francisco, CA 94122
(415) 307-5512  Fax: (415) 520-5855

Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT GUICHARD, | Case No. C 04-4363 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | Judge: Hon. Jeffrey S. White |
| MANDALAY PICTURES, LLC d/b/a MANDALAY ENTERTAINMENT; METRO-GOLDWYN-MAYER STUDIOS, INC; and DOES 1-1,000, | |
| Defendants. | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA835820.1
20282210028
10/19/2005 kp

STIPULATED DISMISSAL
C 04-4363 JSW

Pursuant to Northern District Local Rule 7-12, Plaintiff Robert Guichard and defendants Metro-Goldwyn-Mayer Pictures Inc., Mandalay Pictures, LLC d/b/a Mandalay Entertainment, Motion Picture Association of America, Sony Pictures Entertainment Inc., Warner Bros. Entertainment, Inc., Walt Disney Pictures and Television erroneously named as Buena Vista Pictures Distribution, Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios, LLLP hereby stipulate, by their undersigned counsel, to the dismissal of this action with prejudice. Each party shall bear its own fees and costs.

Dated: October 3, 2005

By: /s/
Robert Guichard
Plaintiff

Dated: October 4, 2005

LOEB & LOEB LLP

By: /s/
Jacques M. Rimokh
Attorneys for Defendants Mandalay Pictures, LLC d/b/a/ Mandalay Entertainment; Metro-Goldwyn-Mayer Studios Inc.

Dated: October 17, 2005

DAVIS WRIGHT TREMAINE LLP

By: /s/
Henry J. Tashman
Attorneys for Defendants Motion Picture Association of America, Sony Pictures Entertainment Inc., Warner Bros. Entertainment, Inc., Walt Disney Pictures and Television erroneously named as Buena Vista Pictures Distribution, Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios, LLLP

**Loeb & Loeb**
A Limited Liability Partnership Including Professional Corporations

LA835820.1
20282210028
10/19/2005 kp

2

STIPULATED DISMISSAL
C 04-4363 JSW

# **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 19, 2005

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA835820.1
20282210028
10/19/2005 kp

3

STIPULATED DISMISSAL
C 04-4363 JSW